**ALEXANDER MORRISON + FEHR LLP**
Tracy L. Fehr (SBN 239005)
John L. Schwab (SBN 307599)
Erin Lim (SBN 323930)
1900 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067
Phone: (310) 394-0888
tfehr@amfllp.com
jschwab@amfllp.com | elim@amfllp.com

Lincoln W. Ellis, Esq. [SBN: # 283657]
**LAW OFFICE OF LINCOLN W. ELLIS**
292 S. La Cienega Blvd., Suite 207
Beverly Hills, California 90211
Telephone: (213) 207-6692
Email: lincoln.lawyer.ca@gmail.com

Attorneys for Plaintiff DESERE PATTERSON

[caption continued on page 2]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESERE PATTERSON, an individual;<br><br>                    Plaintiff,<br><br>     v.<br><br>PURPLE COMMUNICATIONS, INC., a corporation; DOES 1 through 20, inclusive;<br><br>                    Defendants. | Case No. 2:22-cv-00478-JAK-AS<br><br>[Assigned to the Hon. John A. Kronstadt]<br><br>**JOINT REPORT RE AGREED UPON PRIVATE NEUTRAL**<br><br>Action Filed:      December 22, 2021<br>Date of Removal:  January 21, 2022 |

1  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   GREGORY W. KNOPP (SBN 237615)
2  1999 Avenue of the Stars, Suite 600
   Los Angeles, CA 90067-6022
3  Telephone: 310.229.1000
   Facsimile: 310.229.1001
4  gknopp@akingump.com

5  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   ALEXANDRA M. GUERRA (SBN 319412)
6  580 California Street, Suite 1500
   San Francisco, CA 94104-1036
7  Telephone: 415.765.9500
   Facsimile: 415.765.9501
8  aguerra@akingump.com

9  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   ESTHER M. LANDER (*Admitted Pro Hac Vice*)
10 2001 K Street, N.W.
   Washington, D.C. 20006
11 Telephone: 202.887.4000
   Facsimile: 202.887.4288
12 elander@akingump.com

13 Attorneys for Defendant
   Purple Communications, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to the Court's March 25, 2022 Order Setting Pretrial Deadlines, Plaintiff
2  Desere Patterson ("Plaintiff") and Defendant Purple Communications, Inc.
3  ("Defendant") (collectively, "the Parties") submit this Joint Report re Agreed Upon
4  Private Neutral.

5  The Parties have agreed to mediate this matter with **Hon. Michelle R. Rosenblatt
6  (Ret.)**. The Parties are in the process of scheduling the mediation date and will mediate
7  this matter before the last day to participate in a mediation on December 7, 2022.

10  Dated: April 7, 2022                    ALEXANDER MORRISON + FEHR LLP

12                                          By      */s/ Tracy L. Fehr*
13                                                  Tracy L. Fehr
                                                    Attorneys for Plaintiff
14                                                  Desere Patterson

16  Dated: April 7, 2022                    AKIN GUMP STRAUSS HAUER &
17                                          FELD LLP

19                                          By     */s/ Alexandra M. Guerra*\*\*
20                                                 Alexandra M. Guerra
                                                   Attorneys for Defendant
                                                   Purple Communications, Inc.

22  \*\*Pursuant to L.R. 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from the other signatory below.

# CERTIFICATE OF SERVICE

      I, Tracy L. Fehr, an employee in the City of Los Angeles, certify that on April 7, 2022, caused a true and correct copies of the foregoing be filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel who has registered for receipt of documents filed in this matter:

**1.       JOINT REPORT RE AGREED UPON PRIVATE NEUTRAL**

| | |
|---|---|
| *Counsel for Defendants*: Purple Communications, Inc.<br>Esther G. Lander, Esq.<br>Akin Gump Strauss Hauer & Feld, LLP<br>Robert Strauss Tower<br>2001 K Street, N.W.<br>Washington, D.C. 20006<br>T: 202.887.4000<br>F: 202.887.4288<br>E-mail: elander@akingump.com | *Counsel for Defendants*: Purple Communications, Inc.<br>Gregory W. Knopp, Esq.<br>Akin Gump Strauss Hauer & Feld, LLP<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067<br>T: 310.229.1001<br>E: gknopp@akingump.com |
| *Counsel for Defendants*: Purple Communications, Inc.<br>Alexandra M. Guerra, Esq.<br>Akin Gump Strauss Hauer & Feld, LLP<br>580 California Street, Suite 1500<br>San Francisco, California 94104<br>T: 415.765.9503<br>E: aguerra@akingump.com | *Co-Counsel for Plaintiff:* Desere Patterson<br>Lincoln W. Ellis, Esq.<br>LAW OFFICE OF LINCOLN W. ELLIS<br>292 S. La Cienega Boulevard, Suite 207<br>Beverly Hills, California 90211<br>T: 213.207.6692<br>E: lincoln.lawyer.ca@gmail.com |

April 7, 2022                              ALEXANDER MORRISON + FEHR LLP

                                     By:     *s/ Tracy L. Fehr*
                                              Tracy L. Fehr
                                              John L. Schwab
                                              1900 Avenue of the Stars, Suite 900
                                              Los Angeles, CA 90067
                                              Attorneys for Plaintiff,
                                              DESERE PATTERSON